FILED

AUG 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL,

    Plaintiff(s),

vs.

CITY OF SAN FRANCISCO,

    Defendant(s).

No. C 07-3856 MEJ

**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

    Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis*, filed on July 27, 2007. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction or a request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    You have the right to have your case assigned to a United States District Judge for trial and

1  disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether
2  Plaintiff consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States
3  District Judge for trial. The consent/declination form shall be filed as soon as possible, but no later
4  than August 16, 2007.

**IT IS SO ORDERED.**

Dated: August 1, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARLENE CAMPBELL,

        Plaintiff,

v.

CITY HALL et al,

        Defendant.
_____/

Case Number: CV07-03856 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: August 1, 2007

                                          Richard W. Wieking, Clerk
                                          By: Brenda Tolbert, Deputy Clerk