**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ARLENE CAMPBELL,

    Plaintiff,

 v.

CITY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 07-3856 SBA

**ORDER**

[Docket Nos. 2, 5]

On August 20, 2007, Magistrate Judge Maria-Elena James issued a Report and Recommendation [Docket No. 5] recommending that the plaintiff's request to proceed *in forma pauperis* [Docket No. 2] be DENIED and that the complaint be DISMISSED without prejudice. The Report and Recommendation also recommends that the plaintiff be allowed thirty days from the date her complaint is dismissed to file an amended complaint. No objections have been filed within the time allowed by Federal Rule of Civil Procedure 72. After reviewing the Report and Recommendation, the Court hereby adopts it as this Court's ORDER and DENIES the request to proceed *in forma pauperis*, and DISMISSES the complaint without prejudice. The Court ORDERS that if the plaintiff wishes to file an amended complaint, she must do so within thirty days. If no amended complaint is filed within that time, this action will be dismissed with prejudice.

IT IS SO ORDERED.

September 5, 2007

                                            Saundra Brown Armstrong
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAMPBELL et al,

          Plaintiff,

v.

CITY HALL et al,

          Defendant.

Case Number: CV07-03856 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: September 5, 2007

          Richard W. Wieking, Clerk
          By: LISA R CLARK, Deputy Clerk

2