1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

3

4

ARLENE CAMPBELL,                                              No. C 07-3856 SBA

                            Plaintiff,                        **ORDER**

5

6

    v.                                                        [Docket No. 8]

CITY OF SAN FRANCISCO, *et al.*,

7

                            Defendants.

8

9

10       On August 20, 2007, Magistrate Judge Maria-Elena James issued a Report and

11   Recommendation [Docket No. 5] recommending that plaintiff's request to proceed *in forma*

12   *pauperis* [Docket No. 2] be denied and that the complaint be dismissed without prejudice. The

13   Report and Recommendation also recommended the plaintiff be given thirty days from the date her

14   complaint was dismissed to file an amended complaint. No objections were filed within the time

15   allowed by Federal Rule of Civil Procedure 72. On September 5, 2007, after reviewing the Report

16   and Recommendation, the Court adopted it as its Order, denied plaintiff's request to proceed *in*

17   *forma pauperis*, and dismissed her complaint without prejudice. *See* Docket No. 8. The Court also

18   ordered that if plaintiff wished to file an amended complaint, she had to do so within thirty days or

19   suffer a dismissal with prejudice. *See id.* Plaintiff did not file an amended complaint within the time

20   allotted. The Court thus DISMISSES this matter with PREJUDICE. The Clerk of Court is directed

21   to VACATE all pending dates in this and any related matters, and CLOSE the case file and any

22   pending matters related to it.

23

24       IT IS SO ORDERED.

25

26       June 3, 2008                              _____
                                                    Saundra Brown Armstrong
                                                    United States District Judge

27

28

1

2    UNITED STATES DISTRICT COURT
     FOR THE
3    NORTHERN DISTRICT OF CALIFORNIA

4    CAMPBELL et al,

                                                    Case Number: CV07-03856 SBA
5                  Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
6        v.

7    CITY HALL et al,

8                  Defendant.
                                            /
9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
     Northern District of California.
11
     That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
12   in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in
     the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's
13   office.

14

15
     Arlene  Campbell
16   1388 Haight Street, #8
     San Francisco,  CA 94117
17
     Dated: June 4, 2008
18                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28                                              2