**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ARLENE CAMPBELL,

    Plaintiff,

  v.

CITY OF SAN FRANCISCO, *et al.*,

    Defendants.

No. C 07-3856 SBA

**ORDER**

[Docket No. 8]

    On August 20, 2007, Magistrate Judge Maria-Elena James issued a Report and Recommendation [Docket No. 5] recommending that plaintiff's request to proceed *in forma pauperis* [Docket No. 2] be denied and that the complaint be dismissed without prejudice. The Report and Recommendation also recommended the plaintiff be given thirty days from the date her complaint was dismissed to file an amended complaint. No objections were filed within the time allowed by Federal Rule of Civil Procedure 72. On September 5, 2007, after reviewing the Report and Recommendation, the Court adopted it as its Order, denied plaintiff's request to proceed *in forma pauperis*, and dismissed her complaint without prejudice. *See* Docket No. 8. The Court also ordered that if plaintiff wished to file an amended complaint, she had to do so within thirty days or suffer a dismissal with prejudice. *See id.* Plaintiff did not file an amended complaint within the time allotted. The Court thus DISMISSES this matter with PREJUDICE. The Clerk of Court is directed to VACATE all pending dates in this and any related matters, and CLOSE the case file and any pending matters related to it.

    IT IS SO ORDERED.

June 3, 2008

                                                         Saundra Brown Armstrong
                                                         United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAMPBELL et al,

        Plaintiff,

v.

CITY HALL et al,

        Defendant.

Case Number: CV07-03856 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: June 4, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

2